IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL STEVEN CECH,** : | | |
| Petitioner : | | |
| : | No. 1:22-cv-00715 | |
| v. : | | |
| : | **(Judge Kane)** | |
| **WARDEN SAGE,** : | | |
| Respondent : | | |

## ORDER

**AND NOW**, on this 31st day of October, 2022, upon consideration of the petition (Doc. No. 1) for writ of habeas corpus, and for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition (Doc. 1) for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**; and

2. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
